IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF HEIDA,<br><br>                Plaintiff,<br><br>vs.<br><br>SCIENCE APPLICATIONS INTERNATIONAL CORPORATION, a Delaware Corporation, LEIDOS, INC., a Delaware Corporation, LIFE INSURANCE COMPANY OF NORTH AMERICA, and CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>                Defendants. | 8:15-CV-357<br><br><br><br>ORDER |

This matter is before the Court on the parties' Stipulation for Voluntary Dismissal and Reformation of the Pleadings Pursuant to Rule 41 (filing 5). The parties' stipulation is granted, and the parties other than Life Insurance Company of North America will be dismissed as parties pursuant to Fed. R. Civ. P. 41(a).

IT IS ORDERED:

1. The parties' Stipulation for Voluntary Dismissal and Reformation of the Pleadings Pursuant to Rule 41 (filing 5) is granted.

2. The plaintiff's claims against Science Applications International Corporation; Leidos, Inc.; and CIGNA Health and Life Insurance Company are dismissed without prejudice, the parties to bear their own costs and fees.

3. Science Applications International Corporation; Leidos, Inc.; and CIGNA Health and Life Insurance Company are terminated as parties.

4. The plaintiff's claims against Life Insurance Company of North America remain pending.

Dated this 25th day of November, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge