IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JEFF HEIDA, | |
|---|---|
| Plaintiff, | 8:15-CV-357 |
| vs. | ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Dismissal with Prejudice (filing 15). The motion will be granted.

IT IS ORDERED:

1. The plaintiff's Motion for Dismissal with Prejudice (filing 15) is granted.

2. Life Insurance Company of North America is dismissed from this case with prejudice.

3. This case is closed.

Dated this 22nd day of March, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge